*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FLORES, ) | No. C 10-2127 RMW (PR) |
| Plaintiff, ) | ORDER GRANTING |
| ) | PLAINTIFF'S MOTION FOR |
| v. ) | VOLUNTARY DISMISSAL |
| WARDEN EVANS, ) | |
| Defendant. ) | |

On May 18, 2010, plaintiff, a prisoner currently incarcerated at Kern Valley State Prison, filed a "motion for adverse actions," which the Clerk of the Court construed as a civil rights complaint pursuant to 42 U.S.C. § 1983.  That same day, the Clerk sent plaintiff a notice that plaintiff was required to either pay the $350.00 filing fee or file an application for in forma pauperis in order to proceed with his action.  The Clerk also sent plaintiff a notice that he was required to file an actual complaint.

On June 24, 2010, plaintiff filed a motion to withdraw his "motion for adverse actions," explaining that he "is unable to conduct required investigations of law and facts for the filing of a formal" civil rights complaint and believed he was only submitting the underlying motion "for this Honorable Court's records."

The court construes plaintiff's motion as a motion for voluntary dismissal of this action.

Order Granting Plaintiff's Motion for Voluntary Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Flores127voldis.wpd

1  Plaintiff may voluntarily dismiss his complaint with or without order of this court.  See Fed. R.
2  Civ. P. 41(a)(2); 41(a)(1)(i).  Said dismissal may be with or without prejudice, but unless
3  plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without
4  prejudice."  See Fed. R. Civ. P. 41(a)(1); 41(a)(2).  As such, motion seeking voluntary dismissal
5  is GRANTED.  This action is DISMISSED.  The Clerk shall close the file.

6     IT IS SO ORDERED.

7 DATED:  7/30/10     *Ronald M. Whyte*
    RONALD M. WHYTE
8     United States District Judge

Order Granting Plaintiff's Motion for Voluntary Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Flores127voldis.wpd    2