*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE FLORES, | ) | No. C 10-2127 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| WARDEN EVANS, | ) | |
| Defendant. | ) | |

Plaintiff's motion for voluntary dismissal of this action has been granted. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Flores127jud.wpd